| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**TA Partners Apartment Fund II LLC, a California limited liability company**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**82-4877889**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23172 Plaza Pointe Drive Suite 230**<br>**Laguna Hills, CA 92653**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **TA Partners Apartment Fund II LLC, a California limited liability company**        Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
☒ Yes.

| | District | Central | When | 04/03/2024 | Case number | 8:24-bk-10828-TA |
| | District | | When | | Case number | |

Debtor  **TA Partners Apartment Fund II LLC, a California limited liability company**   Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

Debtor **TA Partners Apartment Fund II LLC, a California limited liability company**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **TA Partners Apartment Fund II LLC, a California limited liability company**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 17, 2024**
MM / DD / YYYY

X _/signature/_  
Signature of authorized representative of debtor

**Johnny Lu**
Printed name

Title _____

**18. Signature of attorney**

X  */s/ Garrick A. Hollander*
Signature of attorney for debtor

Date  **May 17, 2024**
MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4100**    Email address  **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **TA Partners Apartment Fund II LLC, a California limited liability company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TCA Architects Inc** Attn: Andy Guingab 18821 Bardeen Avenue Irvine, CA 92612 | Attn: Andy Guingab aguingab@tca-arch.com 949.862.0270 | Architect | | | | $187,023.18 |
| **Haas Consulting Group** Attn: Jeanne Shannon 2360 Plaza Del Amo, Suite 105 Torrance, CA 90501 | Attn: Jeanne Shannon accounting@haascg.com 310.515.0415 | Permit Expediter | | | | $29,199.20 |
| **Playa District HOA** Attn; Jennifer Aho 6080 Center Drive, Suite 120 Los Angeles, CA 90045 | jaho@eqoffice.com 3106651800 | Property HOA | | | | $27,150.83 |
| **City of Los Angeles County Tax Collector** 225 N. Hill Street #1 Los Angeles, CA 90012 | | Property Tax | | | | $20,699.06 |
| **Cefali & Associates** Attn: Nicole Britvan 4344 Laurel Canyon Blvd., Suite 3 Studio City, CA 91604 | Attn: Nicole Britvan nbritvan@cefali.com 818.752.1812 | Shoring | | | | $14,500.00 |
| **Morrow Management** Attn: Acct Dpt 1130 Via Callejon San Clemente, CA 92673 | Attn: Acct Dpt accounting@morrowmgmt.com 949.218.5710 | Dry Utility | | | | $12,095.00 |

Debtor **TA Partners Apartment Fund II LLC, a California limited liability company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KHR Associates** Attn: Sonoko Saito 17530 Von Karman Avenue Suite 200 Irvine, CA 92614 | ssaito@khrdesign.com 949.756.6440 | **Civil Engineering** | | | | $8,260.00 |
| **Afrait Consulting Group** Attn: Curtis Sanchez 4107 Magnolia Blvd. | Attn: Curtis Sanchez curtis@afriat.com 818.450.2773 | **Government Relations** | | | | $4,000.00 |
| **Veneklasen Associates Inc** Attn: Baljeet Kaur 1711 16th Street Santa Monica, CA 90404 | Attn: Baljeet Kaur accountinggrp@veneklasen.com 310.450.1733 | **Acoustic** | | | | $1,650.00 |
| **Capital Airspace Group LLC** Attn: Chris Harrington 6350 Walker Lane, Suite 450 Alexandria, VA 22310 | Attn: Chris Harrington chris.harrington@capitolairspace.com 571.297.6555 | **Aviation consulting** | | | | $850.00 |
| **Arthur J Gallagher** Attn: Kevin Re 2121 N. California Blvd, Suite 350 Walnut Creek, CA 94596 | Attn: Kevin Re jason_valle@ajg.com 415.288.1636 | **Bond Surety** | | | | $500.00 |
| **Womble Bond Dickinson** Attn: Accounting One West Fourth Street Winston-Sale Winston Salem, NC 27101 | Attn: Accounting AccountingInformationDesk@wbd-us.com 336.728.7040 | **Lawyer** | | | | $170.00 |

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316 CA**<br>**ghollander@wghlawyers.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**TA Partners Apartment Fund II LLC, a California limited liability company**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 17, 2024**

_____
Signature of Debtor 1

Date:

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 17, 2024**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     **F 1007-1.MAILING.LIST.VERIFICATION**

TA Partners Apartment Fund II LLC, a California limited lc
23172 Plaza Pointe Drive Suite 230
Laguna Hills, CA 92653


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Afrait Consulting Group
Attn: Curtis Sanchez
4107 Magnolia Blvd.


Arthur J Gallagher
Attn: Kevin Re
2121 N. California Blvd, Suite 350
Walnut Creek, CA 94596


California Dept of Tax and Free Adm
Col Sup Bureau-Bk Team, MIC 74
PO Box 942879
Sacramento, CA 94279-0001


California Dept. of Tax and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279


Capital Airspace Group LLC
Attn: Chris Harrington
6350 Walker Lane, Suite 450
Alexandria, VA 22310


Cefali & Associates
Attn: Nicole Britvan
4344 Laurel Canyon Blvd., Suite 3
Studio City, CA 91604

```
Chicago Title Ins Co, Trustee
Attn: Sara Berens
5170 Golden Foothill Pkwy #130
El Dorado Hills, CA 95762


City of Los Angeles
County Tax Collector
225 N. Hill Street #1
Los Angeles, CA 90012


County of Orange
Attn:  Treasurer-Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515


County of Orange
Attn: Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Haas Consulting Group
Attn: Jeanne Shannon
2360 Plaza Del Amo, Suite 105
Torrance, CA 90501


Hankey Capital, LLC
Attn: Priyesh R. Bhakta, President
4751 Wilshire Blvd., Suite 110
Los Angeles, CA 90010
```

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


KHR Associates
Attn: Sonoko Saito
17530 Von Karman Avenue
Suite 200
Irvine, CA 92614


Morrow Management
Attn: Acct Dpt
1130 Via Callejon
San Clemente, CA 92673


Playa District HOA
Attn; Jennifer Aho
6080 Center Drive, Suite 120
Los Angeles, CA 90045


TCA Architects Inc
Attn: Andy Guingab
18821 Bardeen Avenue
Irvine, CA 92612


U.S. Securities and Exchange Commis
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


United States Trustee
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701


Veneklasen Associates Inc
Attn: Baljeet Kaur
1711 16th Street
Santa Monica, CA 90404

```
Womble Bond Dickinson
Attn: Accounting
One West Fourth Street Winston-Sale
Winston Salem, NC 27101
```

Attorneys for Plaintiff
RUC14 Playa LLC
SEYFARTH SHAW LLP
Jason J. DeJonker, Esq.
William S. Hackney, Esq.
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-8448


Attorneys for Plaintiff
RUC14 Playa LLCM.
Ryan Pinkston, Esq.
560 Mission Street, 31st Floor
San Francisco, California 94105