**Fill in this information to identify the case:**

Debtor name    **TA Partners Apartment Fund II LLC, a California limited liability company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:24-bk-11279-TA**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 17, 2024**     X _____
                                              Signature of individual signing on behalf of debtor

                                              **Johnny Lu**
                                              Printed name

                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TA Partners Apartment Fund II LLC, a California limited liability company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:24-bk-11279-TA** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TCA Architects Inc. Attn: Andy Guingab 18821 Bardeen Avenue Irvine, CA 92612** | **Attn: Andy Guingab**  aguingab@tca-arch.com 949.862.0270 | **Architect** | | | | **$152,371.75** |
| **Howard Hughes Center Property Owners Assoc. 233 South Wackeer Drive Chicago, IL 60606** | **Jennifer Aho**  310-665-1800 | **Property Owners Assoc.** | | | | **$34,979.77** |
| **Haas Consulting Group Attn: Jeanne Shannon 2360 Plaza Del Amo, Suite 105 Torrance, CA 90501** | **Attn: Jeanne Shannon / L. Haas**  accounting@haascg.com 310.515.0415 | **Permit Expediter** | | | | **$29,199.20** |
| **Womble Bond Dickinson Attn: Accounting One West Fourth Street Winston-Sale Winston Salem, NC 27101** | **Attn: Accounting**  AccountingInformationDesk@wbd-us.com 336.728.7040 | **Lawyer** | | | | **$26,643.30** |
| **Morrow Management Attn: Acct Dpt/Noel Collins 1130 Via Callejon San Clemente, CA 92673** | **Attn: Acct Dpt / Noel Collins**  accounting@morrowmgmt.com 949.218.5710 | **Dry Utility** | | | | **$12,095.00** |

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | | Case number *(if known)* | **8:24-bk-11279-TA** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **KHR Associates Attn: Sonoko Saito 17530 Von Karman Avenue Suite 200 Irvine, CA 92614** | **Attn: Sonoko Saito**<br><br>**ssaito@khrdesign. com**<br>**949.756.6440** | **Civil Engineering** | | | | **$8,260.00** |
| **Afrait Consulting Group Attn: Curtis Sanchez 4107 Magnolia Blvd. Burbank, CA 91505** | **Attn: Curtis Sanchez**<br><br>**curtis@afriat.com**<br>**818.450.2773** | **Government Relations** | | | | **$8,248.66** |
| **Veneklasen Associates Inc Attn: Baljeet Kaur 1711 16th Street Santa Monica, CA 90404** | **Attn: Baljeet Kaur/ D. Young**<br><br>**accountinggrp@ve neklasen.com**<br>**310.450.1733** | **Acoustic** | | | | **$1,650.00** |
| **Capital Airspace Group LLC Attn: Chris Harrington 6350 Walker Lane, Suite 450 Alexandria, VA 22310** | **Attn: Chris Harrington**<br><br>**chris.harrington@c apitolairspace.com**<br>**571.297.6555** | **Aviation consulting** | | | | **$850.00** |
| **Arthur J. Gallagher Risk Mngmnt Svs Attn: Veronica McKay (Surety Solutions) 4285 Commercial St. SE Ste 110 Salem, OR 97302** | **Attn: Veronica McKay**<br><br>**jason_valle@ajg.co m**<br>**503-967-1688** | **Bond Surety** | | | | **$500.00** |
| **Wang & Gao Family Trust et al c/o Todd N. Robinson, Esq. Robinson Franzman LLP 191 Peachtree Street NE, 26th Fl Atlanta, GA 30303** | **c/o Todd N. Robinson, Esq.**<br><br>**todd@rfllplaw.com**<br>**404-853-1500** | **Lawsuit** | **Disputed** | | | **$0.00** |

# United States Bankruptcy Court
## Central District of California

In re     <u>TA Partners Apartment Fund II LLC, a California limited liability company</u>    Case No.    <u>8:24-bk-11279-TA</u>

Debtor(s)                Chapter    <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ALFA IDG LLC**<br>**Johnny Lu**<br>**23172 Plaza Pointe Drive, Suite 275**<br>**Laguna Hills, CA 92653** | | **28.205%** | **Member** |
| **Caiying Chang**<br>**Room. 1810, Ruihua Building, No.315**<br>**Zhang Shan Nan Lu**<br>**Qinhuai District, Nanging, China** | | **0.893%** | **Member** |
| **Greenwell HHC LLC**<br>**102 Dellwood Rd**<br>**Edison, NJ 08820** | | **9.552%** | **Member** |
| **LCS Consulting Group LLC**<br>**23172 Plaza Pointe Drive, Suite 230**<br>**Laguna Hills, CA 92653** | | **1.412%** | **Member** |
| **RUC14 Playa LLC**<br>**5940 Findley Chase Drive**<br>**Duluth, GA 30097** | **A and B Equity** | **23.036%** | **Member** |
| **TA Partners, LLC**<br>**Johnny Chien Sheng Lu**<br>**23172 Plaza Pointe Dr. Suite 230**<br>**Laguna Hills, CA 92653** | | **0.087%** | **General Partner/Manager/Member** |
| **Thriving Future, LLC**<br>**Yaojun Lin**<br>**23172 Plaza Pointe Drive**<br>**Suite 275**<br>**Laguna Hills, CA 92653** | | **34.179%** | **Member** |
| **Zhongjun Zheng**<br>**23172 Plaza Pointe Drive, Suite 230**<br>**Laguna Hills, CA 92653** | | **2.637%** | **Member** |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **TA Partners Apartment Fund II LLC, a California limited
liability company**                                                Case No.  **8:24-bk-11279-TA**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 17, 2024**                    Signature

**Johnny Lu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Yes - 8:24-bk-10828-TA - Dismissed 04/18/2024**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Newport Beach, CA**      , California.

Date:      **June 17, 2024**

**Johnny Lu**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **TA Partners Apartment Fund II LLC, a California limited liability company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:24-bk-11279-TA**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................  $   **124,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................  $   **2,000,000.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................  $   **126,000,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $   **27,666,049.49**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$   **329,851.11**

4.  **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b                                                                                         $   **27,995,900.60**

| Fill in this information to identify the case: |
|---|
| Debtor name **TA Partners Apartment Fund II LLC, a California limited liability company** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **8:24-bk-11279-TA** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Preferred Bank** | **Checking** | **2558** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $0.00 |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | Case number *(If known)* | **8:24-bk-11279-TA** |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Revofast LLC (SPAC) - 100 Springhouse Drive, Suite 204, Arcola, PA 19420 Investment management company with main business to invest and manage a listing company called: FinTech Ecosystem Development Corp.** | **95** % | **$2,000,000.00** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | |
|---|---|---|
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | **$2,000,000.00** |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** |
|---|---|

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | | Case number *(If known)* **8:24-bk-11279-TA** |
|---|---|---|---|
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **6055 W. Center Drive, Los Angeles, CA 90045** | Fee simple | $0.00 | Appraisal | $124,000,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $124,000,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | Case number *(If known)* | **8:24-bk-11279-TA** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,000,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $124,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,000,000.00 + 91b. | $124,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $126,000,000.00 |

**Fill in this information to identify the case:**

Debtor name   **TA Partners Apartment Fund II LLC, a California limited liability company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:24-bk-11279-TA**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Cefali & Associates Inc.**
Creditor's Name

**Mr. David Cefali**
**4344 Laurel Canyon Blvd**
**#3**
**Studio City, CA 91604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/30/2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hankey Capital, LLC**
**2. City of Los Angeles**
**3. Cefali & Associates Inc.**

Describe debtor's property that is subject to a lien
**6055 W. Center Drive, Los Angeles, CA 90045**

Describe the lien
**Mechanics Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

$14,500.00          $124,000,000.00

---

**2.2   City of Los Angeles**
Creditor's Name

**County Tax Collector**
**225 N. Hill Street #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**6055 W. Center Drive, Los Angeles, CA 90045**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No

$151,549.49          $124,000,000.00

---

| Debtor | TA Partners Apartment Fund II LLC, a California limited liability company | | Case number (if known) | **8:24-bk-11279-TA** |
|---|---|---|---|---|

Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Hankey Capital, LLC** | **Describe debtor's property that is subject to a lien** | $27,500,000.00 | $124,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **6055 W. Center Drive, Los Angeles, CA 90045** | | |

**Attn: P. Hankey / P. Bhakta
4751 Wilshire Blvd., Suite 110
Los Angeles, CA 90010**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/14/2021**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $27,666,049.49 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Eugene Leydiker, Esq.
General Counsel
Hankey Investment Company
4751 Wilshire Blvd Suite 110
Los Angeles, CA 90010** | Line _2.3_ | |

| Fill in this information to identify the case: |
|---|

Debtor name __**TA Partners Apartment Fund II LLC, a California limited liability company**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**8:24-bk-11279-TA**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Afrait Consulting Group**<br>**Attn: Curtis Sanchez**<br>**4107 Magnolia Blvd.**<br>**Burbank, CA 91505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $8,248.66 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Arthur J. Gallagher Risk Mngmnt Svs**<br>**Attn: Veronica McKay**<br>**(Surety Solutions)**<br>**4285 Commercial St. SE Ste 110**<br>**Salem, OR 97302**<br><br>Date(s) debt was incurred _09/06/203_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $500.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Capital Airspace Group LLC**<br>**Attn: Chris Harrington**<br>**6350 Walker Lane, Suite 450**<br>**Alexandria, VA 22310**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $850.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Haas Consulting Group**<br>**Attn: Jeanne Shannon**<br>**2360 Plaza Del Amo, Suite 105**<br>**Torrance, CA 90501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $29,199.20 |

27277

| Debtor | TA Partners Apartment Fund II LLC, a California limited liability company | Case number (if known) | 8:24-bk-11279-TA |
|---|---|---|---|
| | Name | | |

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,979.77** |
|---|---|---|---|

**Howard Hughes Center Property Owners Assoc.**
233 South Wackeer Drive
Chicago, IL 60606

Date(s) debt was incurred  9/12/2023; 10/12/2023; 11/25/2023; 12/21/2023; 1/23/2024; 2/1/2024; 3/1/2024;

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,260.00** |
|---|---|---|---|

**KHR Associates**
Attn: Sonoko Saito
17530 Von Karman Avenue
Suite 200
Irvine, CA 92614

Date(s) debt was incurred  6/16/23; 9/5/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,095.00** |
|---|---|---|---|

**Morrow Management**
Attn: Acct Dpt/Noel Collins
1130 Via Callejon
San Clemente, CA 92673

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RUC14 Playa LLC**
Seyfarth Shaw LLP
J. Dejonker, Esq./W. Hackney, Esq.
233 South Wacker Drive Ste 8000
Chicago, IL 60606-8448

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,053.43** |
|---|---|---|---|

**TA Partners, LLC**
Johnny Chien Sheng Lu
23172 Plaza Pointe Dr. Suite 230
Laguna Hills, CA 92653

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,371.75** |
|---|---|---|---|

**TCA Architects Inc.**
Attn: Andy Guingab
18821 Bardeen Avenue
Irvine, CA 92612

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | TA Partners Apartment Fund II LLC, a California limited liability company | Case number (if known) | **8:24-bk-11279-TA** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|
| | **Veneklasen Associates Inc**<br>**Attn: Baljeet Kaur**<br>**1711 16th Street**<br>**Santa Monica, CA 90404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/26/23; 6/23/24; 7/14/23; 8/26/23; 9/13/23; 10/23/23** | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Wang & Gao Family Trust et al**<br>**c/o Todd N. Robinson, Esq.**<br>**Robinson Franzman LLP**<br>**191 Peachtree Street NE, 26th Fl**<br>**Atlanta, GA 30303** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **06/04/2024** | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,643.30** |
|---|---|---|---|
| | **Womble Bond Dickinson**<br>**Attn: Accounting**<br>**One West Fourth Street Winston-Sale**<br>**Winston Salem, NC 27101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gordinier, Kang & Kim LLP**<br>**Attn: John C. Kang, Esq.**<br>**300 Spectrum Center Dr., Suite 1090**<br>**Irvine, CA 92618** | Line  **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **M. Ryan Pinkston, Esq.**<br>**Seyfarth Shaw LLP**<br>**560 Mission Street, 31st Floor**<br>**San Francisco, CA 94105** | Line  **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Playa District HOA**<br>**Attn: Jennifer Aho**<br>**6080 Center Drive, Suite 120**<br>**Los Angeles, CA 90045** | Line  **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **TCA Architects, Inc.**<br>**Attn: Eric Olsen, AIA**<br>**801 S. Grand Avenue Suite 1020**<br>**Los Angeles, CA 90017** | Line  **3.10**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $                    **0.00** |

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | Case number (*if known*) | **8:24-bk-11279-TA** |
|--------|------------------------------------------------------------------------------|--------------------------|----------------------|
|        | Name                                                                         |                          |                      |

**5b. Total claims from Part 2**

5b.  + $                    329,851.11

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                    329,851.11

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **TA Partners Apartment Fund II LLC, a California limited liability company**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:24-bk-11279-TA**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Arborist**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Arborgate Consulting, Inc.**<br>**1131 Lucinda Way**<br>**Tustin, CA 92780** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **CCTV Inspection**<br><br>State the term remaining<br><br>List the contract number of any government contract | **C Below Subsurface Imaging**<br>**Attn: Victoria Franco**<br>**14280 Euclid Ave.**<br>**Chino, CA 91710** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Technical Consulting Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Capitol Airspace Group**<br>**Attn: Benjamin M. Doyle**<br>**5400 Shawnee Road Suite 304**<br>**Alexandria, VA 22312** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Interior Design**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CDC Designs**<br>**Attn: Sara Breen**<br>**2915 Red Hill Ave Suite G201**<br>**Costa Mesa, CA 92626** |

Official Form 206G           Schedule G: Executory Contracts and Unexpired Leases           Page 1 of 6

| Debtor 1 | TA Partners Apartment Fund II LLC, a California limited liability company | | Case number *(if known)* | 8:24-bk-11279-TA |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Structural Engineering - Shoring | |
|---|---|---|---|
| | State the term remaining | | Cefali & Associates<br>Attn: Nicole Britvan/D. Cefali<br>4344 Laurel Canyon Blvd., Suite 3<br>Studio City, CA 91604 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Signage/Graphic Consulting Services | |
|---|---|---|---|
| | State the term remaining | | Davies Associates, Inc.<br>Attn: Noel S. Davies<br>9424 Dayton Way, Suite 217<br>Beverly Hills, CA 90210 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Design Assist Engineering Service | |
|---|---|---|---|
| | State the term remaining | | Donald F. Dickerson Assoc.<br>18425 Burbank Blvd Suite 404<br>Tarzana, CA 91356 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services | |
|---|---|---|---|
| | State the term remaining | | Englekirk Structural Engineers<br>Zen Hoda, Assoc. Principal<br>3621 Harbor Blvd, Suite 125<br>Santa Ana, CA 92704 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Addressing Services | |
|---|---|---|---|
| | State the term remaining | | Gannon Design<br>Amir Obeid<br>Attn: 360 South Glassell, Suite A<br>Orange, CA 92866 |
| | List the contract number of any government contract | | |

| Debtor 1 | TA Partners Apartment Fund II LLC, a California limited liability company | | Case number (*if known*) | **8:24-bk-11279-TA** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Resolution Purchase Sale Agreement (2)** | |
| | State the term remaining | | **George Valliades**<br>**Highcap Group**<br>**31 West 34th Street, 7th Floor**<br>**New York, NY 10001** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Permit Expeditor** | |
| | State the term remaining | | **Haas Consulting Group**<br>**Attn: Jeanne Shannon / L. Haas**<br>**2360 Plaza Del Amo, Suite 105**<br>**Torrance, CA 90501** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Design/Consulting for Fire Alarm, Security, Wi-Fi Access, Communication, Audio/Visual, DAS-ERRCS, Low Voltage Structured Cabling Systems** | |
| | State the term remaining | | **HCI Systems Inc.**<br>**Michael S. Peters, Sr. VP**<br>**1731 Reynolds Ave.**<br>**Irvine, CA 92614** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Pre Construction Service Agreement** | |
| | State the term remaining | | **KCS West, Inc.**<br>**Attn: Elmond Wan**<br>**250 East First Street, Suite 600**<br>**Los Angeles, CA 90012** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Civil Engineering & Surveying Services; Demolition & Street Lighting** | |
| | State the term remaining | | **KHR Associates**<br>**James H. Kawamura, President/CEO**<br>**17530 Von Karman Ave, Suite 200**<br>**Irvine, CA 92614** |
| | List the contract number of any government contract | | |

| Debtor 1 | TA Partners Apartment Fund II LLC, a California limited liability company | | Case number (if known) | 8:24-bk-11279-TA |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Geotechnical Engineering Services** | |
| | State the term remaining | | **Leighton and Associates, Inc.**<br>**Attn: Djan Chandra**<br>**17781 Cowan**<br>**Irvine, CA 92614** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lighting System** | |
| | State the term remaining | | **Lighting Design Alliance**<br>**Attn: Charles Israel**<br>**2830 Temple Avenue**<br>**Long Beach, CA 90806** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Swimming Pool and Spa** | |
| | State the term remaining | | **Mission Pools**<br>**Chris Carney**<br>**22600-E Lambert St. Suite 1104**<br>**Lake Forest, CA 92630** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape** | |
| | State the term remaining | | **MJS Landscape Architecture**<br>**Attn: Matthew Jackson, VP**<br>**Cannery Lofts**<br>**507 30th Street**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Dry Utility Coordination, Management and Design; Addendum #1 BAI Connect Only** | |
| | State the term remaining | | **Morrow Management**<br>**Attn: Scott Morrow/Noel Collins**<br>**1130 Via Callejon**<br>**San Clemente, CA 92673** |
| | List the contract number of any government contract | | |

| Debtor 1 | TA Partners Apartment Fund II LLC, a California limited liability company | | Case number (*if known*) | **8:24-bk-11279-TA** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **EIR CEQA Addendum - Street Tree removal** | |
|---|---|---|---|
| | State the term remaining | | **Parker Environmental Consultants Attn: Shane E. Parker 25350 Magic Mountain Pkwy, Suite 30 Valencia, CA 91355** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering** | |
|---|---|---|---|
| | State the term remaining | | **Partner Engineering and Science Inc Attn: Jenny Redlin PO Box 207428 Dallas, TX 75320-7428** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary Power** | |
|---|---|---|---|
| | State the term remaining | | **Power Plus Attn: Cameron Mann 5500 E La Palma Ave Anaheim, CA 92807** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Architectural Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TCA Architects, Inc. Attn: Eric Olsen, AIA 801 S. Grand Avenue Suite 1020 Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Compliance Re City Codes** | |
|---|---|---|---|
| | State the term remaining | | **The Code Group, Inc. dba VCA Green Moe Fakih 1845 W. Orangewood Ave Suite 220 Orange, CA 92868** |
| | List the contract number of any government contract | | |

| Debtor 1 | TA Partners Apartment Fund II LLC, a California limited liability company | | Case number (*if known*) | **8:24-bk-11279-TA** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Acoustical Consulting** | |
|---|---|---|---|
| | State the term remaining | | **Veneklasen Associates Inc**<br>**Attn: Baljeet Kaur**<br>**1711 16th Street**<br>**Santa Monica, CA 90404** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Building Enclosure Consulting Services** | |
|---|---|---|---|
| | State the term remaining | | **Wiss, Janney, Elstner Assoc, Inc.**<br>**Rick Mosco, Assoc Principal**<br>**225 South Lake Ave. Suite 500**<br>**Pasadena, CA 91101** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **TA Partners Apartment Fund II LLC, a California limited liability company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:24-bk-11279-TA**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 **Johnny Chien Sheng Lu** | **ALFA IDG, LLC 23172 Plaza Pointe Drive, Suite 275 Laguna Hills, CA 92653** | **Hankey Capital, LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Yaojun Lin** | **Thriving Future, LLC 23172 Plaza Pointe Drive Suite 275 Laguna Hills, CA 92653** | **Hankey Capital, LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **TA Partners Apartment Fund II LLC, a California limited liability company**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:24-bk-11279-TA**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☑ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | Case number *(if known)* **8:24-bk-11279-TA** |
|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RUC14 Playa LLC et al vs. TA PARTNERS LLC et al**<br>**24TRCV00859** | **Injunctive Relief; Intentional Misrepresentation; Concealment; False Promise; Negligent Misrepresentation; Breach of Contract; Breach of Covenant of Good Faith and Fair Dealing; Breach of Fiduciary Duty; Aiding and Abetting Breach of Fiduciary Duty; Accounting and Inspection; Judicial Order to Expel Manager; Declaratory Judgment** | **Los Angeles Superior Court Torrance Courthouse 825 Maple Ave. Torrance, CA 90503** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wang & Gao Family Trust et al. v. TA Partners LLC, TA Partners Apartment Fund II LLC, et al.**<br>**1:24-cv-02446-TWT** | **Civil Conspiracy, Fraud, Breach of Contract, Breach of Guaranty Agreement, Negligent Misrepresentation, Breach of Fiduciary Duty, Judicial Order to Expel Manager, and Declaratory Judgment** | **U.S.D.C Northern Dist. Georgia, Atlanta Richard B. Russell Federal Bldg & U.S. Courthouse 2211 United States Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303-3309** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

| Debtor | **TA Partners Apartment Fund II LLC, a California limited liability company** | Case number *(if known)*  **8:24-bk-11279-TA** |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:     Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:     Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | | **05/16/2024** | **$113,914.60** |
| | Email or website address<br>**www.wghlawyers.com** | | | |
| | Who made the payment, if not debtor?<br>**TA Investment Advisors, Inc.** | | | |

---

Debtor   **TA Partners Apartment Fund II LLC, a California limited
liability company**

Case number *(if known)*   **8:24-bk-11279-TA**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   **Winthrop Golubow Hollander, LLP 1301 Dove Street Suite 500 Newport Beach, CA 92660** | | **02/07/2024** | **$10,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor? TA Partners, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **16800 Aston Street, Suite 275 Irvine, CA 92606-4812** | **03/09/2020 - 12/21/2023** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

| Debtor | TA Partners Apartment Fund II LLC, a California limited liability company | Case number *(if known)*  8:24-bk-11279-TA |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Preferred Bank** | **XXXX-2558** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **01/22/2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:  Details About Environment Information**

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | TA Partners Apartment Fund II LLC, a California limited liability company | Case number *(if known)* | 8:24-bk-11279-TA |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | Revofast LLC (SPAC) 100 Springhouse Drive Suite 204 Arcola, PA 19420 | Investment management company with main business to invest and manage a listing company called: FinTech Ecosystem Development Corp. | EIN:   86-1962159 From-To   02/09/2021 - Present |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Eric Wu, CPA DNW & Associates, Inc. 430 S. Garfield Ave Suite 325 Alhambra, CA 91801 | 2018-2021 |

| Debtor | TA Partners Apartment Fund II LLC, a California limited<br>liability company | Case number *(if known)*  8:24-bk-11279-TA |
|---|---|---|

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.2. | **Richard Chen, CPA**<br>**Pak Leung, Partner**<br>**CLC, LLP**<br>**556 N. Diamond Bar Blvd. #109**<br>**Diamond Bar, CA 91765** | **2022 - Present** |
| 26a.3. | **Stephanie Yeh**<br>**10929 Landale St., Unit 4**<br>**Toluca Lake, CA 91602** | **08/22/2016 - Present** |
| 26a.4. | **Kelvin Anleve**<br>**17620 Fitch Ave Suite 220**<br>**Irvine, CA 92614** | **09/23/2019 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Stephanie Yeh**<br>**10929 Landale St., Unit 4**<br>**Toluca Lake, CA 91602** | **08/22/2016 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Kelvin Anlevo**<br>**17620 Fitch Ave, Suite 220**<br>**Irvine, CA 92614** | |
| 26c.2. | **Stephanie Yeh**<br>**10929 Landale St., Unit 4**<br>**Toluca Lake, CA 91602** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor  **TA Partners Apartment Fund II LLC, a California limited liability company**      Case number *(if known)*  **8:24-bk-11279-TA**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ALFA IDG, LLC** | **Attn: Johnny Lu**<br>**16800 Aston, Suite 275**<br>**Irvine, CA 92606** | **Member** | **28.205%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thriving Future** | **Attn: Yaojun Liu** | **Member** | **34.179%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TA Partners LLC** | **23172 Plaza Pointe Drive**<br>**Suite 230**<br>**Laguna Hills, CA 92653** | **Manager** | **0.087%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  **TA Partners Apartment Fund II LLC, a California limited liability company**        Case number *(if known)*  **8:24-bk-11279-TA**

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 17, 2024**

| | |
|---|---|
| Signature of individual signing on behalf of the debtor | **Johnny Lu**<br>Printed name |

Position or relationship to debtor  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **TA Partners Apartment Fund II LLC, a California limited liability company**    Case No.    **8:24-bk-11279-TA**
                                                        Debtor(s)                              Chapter      **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **123,914.60** |
| Prior to the filing of this statement I have received | $ | **123,914.60** |
| Balance Due | $ | **0.00** |

2.    $ **0.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐ Debtor        ■ Other (specify):        **TA Investment Advisors, Inc.**
                                                **TA Partners, LLC**

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 17, 2024**                              */s/ Garrick A. Hollander*
*Date*

                                               **Garrick A. Hollander**
                                               *Signature of Attorney*
                                               **Winthrop Golubow Hollander, LLP**
                                               **1301 Dove Street, Suite 500**
                                               **Newport Beach, CA 92660**
                                               **949-720-4100  Fax: 949-720-4111**
                                               **ghollander@wghlawyers.com**
                                               *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Garrick A. Hollander**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4100 Fax: 949-720-4111**
California State Bar Number: **166316 CA**
ghollander@wghlawyers.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

      **TA Partners Apartment Fund II LLC, a California
limited liability company**

CASE NO.: **8:24-bk-11279-TA**

CHAPTER: **11**

### AMENDED

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**8**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June 17, 2024** _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June 17, 2024** _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

**\*Added Creditors**

.

TA Partners Apartment Fund II LLC,
a California limited lc
23172 Plaza Pointe Drive Suite 230
Laguna Hills, CA 92653

Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660

Afrait Consulting Group
Attn: Curtis Sanchez
4107 Magnolia Blvd.
Burbank, CA 91505

\* ALFA IDG LLC
Johnny Lu
23172 Plaza Pointe Drive, Suite 275
Laguna Hills, CA 92653

\* Arborgate Consulting, Inc.
1131 Lucinda Way
Tustin, CA 92780

\* Arthur J. Gallagher
Risk Mngmnt Svs
Attn: Veronica McKay
(Surety Solutions)
4285 Commercial St. SE Ste 110
Salem, OR 97302

Arthur J Gallagher
Attn: Kevin Re
2121 N. California Blvd, Suite 350
Walnut Creek, CA 94596

\* C Below Subsurface Imaging
Attn: Victoria Franco
14280 Euclid Ave.
Chino, CA 91710

\* Caiying Chang
Room. 1810, Ruihua Building, No.315
Zhang Shan Nan Lu
Qinhuai District, Nanging, China

California Dept of Tax and Free Adm
Col Sup Bureau-Bk Team, MIC 74
PO Box 942879
Sacramento, CA 94279-0001


California Dept. of Tax and Fee Adm
Account Info Grp, MIC: 29
PO Box 942879
Sacramento, CA 94279


Capital Airspace Group LLC
Attn: Chris Harrington
6350 Walker Lane, Suite 450
Alexandria, VA 22310


* Capitol Airspace Group
Attn: Benjamin M. Doyle
5400 Shawnee Road Suite 304
Alexandria, VA 22312


* CDC Designs
Attn: Sara Breen
2915 Red Hill Ave Suite G201
Costa Mesa, CA 92626


Cefali & Associates
Attn: Nicole Britvan/D. Cefali
4344 Laurel Canyon Blvd., Suite 3
Studio City, CA 91604


* Cefali & Associates Inc.
Mr. David Cefali
4344 Laurel Canyon Blvd #3
Studio City, CA 91604


Chicago Title Ins Co, Trustee
Attn: Sara Berens
5170 Golden Foothill Pkwy #130
El Dorado Hills, CA 95762

City of Los Angeles
County Tax Collector
225 N. Hill Street #1
Los Angeles, CA 90012


County of Orange
Attn: Treasurer-Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515


County of Orange
Attn: Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


* Davies Associates, Inc.
  Attn: Noel S. Davies
  9424 Dayton Way, Suite 217
  Beverly Hills, CA 90210


* Donald F. Dickerson Assoc.
  18425 Burbank Blvd Suite 404
  Tarzana, CA 91356


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


* Englekirk Structural Engineers
  Zen Hoda, Assoc. Principal
  3621 Harbor Blvd, Suite 125
  Santa Ana, CA 92704


* Eugene Leydiker, Esq.
  General Counsel
  Hankey Investment Company
  4751 Wilshire Blvd Suite 110
  Los Angeles, CA 90010

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


* Gannon Design
  Amir Obeid
  Attn: 360 South Glassell, Suite A
  Orange, CA 92866


* George Valliades
  Highcap Group
  31 West 34th Street, 7th Floor
  New York, NY 10001


* Gordinier, Kang & Kim LLP
  Attn: John C. Kang, Esq.
  300 Spectrum Center Dr., Suite 1090
  Irvine, CA 92618


* Greenwell HHC LLC
  102 Dellwood Rd
  Edison, NJ 08820



Haas Consulting Group
Attn: Jeanne Shannon / L. Haas
2360 Plaza Del Amo, Suite 105
Torrance, CA 90501



Hankey Capital, LLC
Attn: P. Hankey / P. Bhakta
4751 Wilshire Blvd., Suite 110
Los Angeles, CA 90010

\* HCI Systems Inc.
Michael S. Peters, Sr. VP
1731 Reynolds Ave.
Irvine, CA 92614


\* Howard Hughes Center Property
Owners Assoc.
233 South Wackeer Drive
Chicago, IL 60606


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


\* Johnny Chien Sheng Lu
ALFA IDG, LLC
23172 Plaza Pointe Drive, Suite 275
Laguna Hills, CA 92653


\* KCS West, Inc.
Attn: Elmond Wan
250 East First Street, Suite 600
Los Angeles, CA 90012


KHR Associates
Sonoko Saito
James H. Kawamura, President/CEO
17530 Von Karman Ave, Suite 200
Irvine, CA 92614


\* LCS Consulting Group LLC
23172 Plaza Pointe Drive, Suite 230
Laguna Hills, CA 92653

* Leighton and Associates, Inc.
  Attn: Djan Chandra
  17781 Cowan
  Irvine, CA 92614

* Lighting Design Alliance
  Attn: Charles Israel
  2830 Temple Avenue
  Long Beach, CA 90806

  M. Ryan Pinkston, Esq.
  Seyfarth Shaw LLP
  560 Mission Street, 31st Floor
  San Francisco, CA 94105

* Mission Pools
  Chris Carney
  22600-E Lambert St. Suite 1104
  Lake Forest, CA 92630

* MJS Landscape Architecture
  Attn: Matthew Jackson, VP
  Cannery Lofts
  507 30th Street
  Newport Beach, CA 92663

  Morrow Management
  Attn: Acct Dpt/Noel Collins
  1130 Via Callejon
  San Clemente, CA 92673

* Parker Environmental Consultants
  Attn: Shane E. Parker
  25350 Magic Mountain Pkwy, Suite 30
  Valencia, CA 91355

\* Partner Engineering and Science Inc
Attn: Jenny Redlin
PO Box 207428
Dallas, TX 75320-7428


Playa District HOA
Attn: Jennifer Aho
6080 Center Drive, Suite 120
Los Angeles, CA 90045


\* Power Plus
Attn: Cameron Mann
5500 E La Palma Ave
Anaheim, CA 92807


\* RUC14 Playa LLC
Seyfarth Shaw LLP
J. Dejonker, Esq./W. Hackney, Esq.
233 South Wacker Drive Ste 8000
Chicago, IL 60606-8448


\* RUC14 Playa LLC
5940 Findley Chase Drive
Duluth, GA 30097


\* TA Partners, LLC
Johnny Chien Sheng Lu
23172 Plaza Pointe Dr. Suite 230
Laguna Hills, CA 92653


TCA Architects Inc.
Attn: Andy Guingab
18821 Bardeen Avenue
Irvine, CA 92612


\* TCA Architects, Inc.
Attn: Eric Olsen, AIA
801 S. Grand Avenue Suite 1020
Los Angeles, CA 90017

```
* The Code Group, Inc.
  dba VCA Green
  Moe Fakih
  1845 W. Orangewood Ave Suite 220
  Orange, CA 92868


* Thriving Future, LLC
  Yaojun Lin
  23172 Plaza Pointe Drive
  Suite 275
  Laguna Hills, CA 92653


  U.S. Securities and Exchange Commis
  Attn: Bankruptcy Counsel
  444 South Flower Street, Suite 900
  Los Angeles, CA 90071-9591


  United States Trustee
  411 West Fourth Street
  Suite 7160
  Santa Ana, CA 92701


  Veneklasen Associates Inc
  Attn: Baljeet Kaur
  1711 16th Street
  Santa Monica, CA 90404


* Wang & Gao Family Trust et al
  c/o Todd N. Robinson, Esq.
  Robinson Franzman LLP
  191 Peachtree Street NE, 26th Fl
  Atlanta, GA 30303


* Wiss, Janney, Elstner Assoc, Inc.
  Rick Mosco, Assoc Principal
  225 South Lake Ave. Suite 500
  Pasadena, CA 91101


  Womble Bond Dickinson
  Attn: Accounting
  One West Fourth Street Winston-Sale
  Winston Salem, NC 27101
```

\* Yaojun Lin
  Thriving Future, LLC
  23172 Plaza Pointe Drive
  Suite 275
  Laguna Hills, CA 92653


\* Zhongjun Zheng
  23172 Plaza Pointe Drive, Suite 230
  Laguna Hills, CA 92653

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316 CA**<br>ghollander@wghlawyers.com | |
| ■ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **TA Partners Apartment Fund II LLC, a California**<br>      **limited liability company**<br><br>                                                    Debtor(s),<br><br>                                                    Plaintiff(s),<br><br><br><br>                                                    Defendant(s). | CASE NO.: **8:24-bk-11279-TA**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __**Garrick A. Hollander**_____ , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☑ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **June 17, 2024** | By: *ptember /s/ Garrick A. Hollander* |
| Date | Signature of Debtor, or attorney for Debtor |

Name:    **Garrick A. Hollander**
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

ALFA IDG LLC
Johnny Lu
23172 Plaza Pointe Drive, Suite 275
Laguna Hills, CA 92653

RUC14 Playa LLC
5940 Findley Chase Drive
Duluth, GA 30097

Thriving Future, LLC
Yaojun Lin
23172 Plaza Pointe Drive
Suite 275
Laguna Hills, CA 92653

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

ACTION BY UNANIMOUS WRITTEN CONSENT

IN LIEU OF SPECIAL MEETING OF THE DIRECTORS OF

**TA PARTNERS APARTMENT FUND II LLC,**
**a California limited liability company**

The undersigned, being a member of the Board of Directors ("Board") of TA Partners Apartment Fund II LLC, a California limited liability company (the "Company"), is entitled to vote at meetings of the Board, and hereby consents to the within described actions and adopt by the signatures below the following resolutions effective as of May 17, 2024:

**INSOLVENCY PROCEEDINGS**

WHEREAS, it is in the best interest of the Company to seek the protection of the Bankruptcy Code under Chapter 11 of the Bankruptcy Code through the filing of a Chapter 11 bankruptcy petition ("Bankruptcy Case") in the United States Bankruptcy Court for the Central District of California;

RESOLVED, that the Company be, and hereby is, authorized to file a Petition for Relief under Chapter 11 of the Bankruptcy Code and is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

RESOLVED FURTHER, that the Company be, and hereby is, authorized to engage the law firm of Winthrop Golubow Hollander, LLP ("WGH"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters in accordance with the terms and conditions of WGH's engagement agreement letter, dated May 17, 2024, with the Company;

RESOLVED FURTHER, that each of the officers and directors of the Company is hereby authorized and directed to execute and deliver any and all documents and to take such other action as he deems necessary, advisable, or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions;

RESOLVED FURTHER, that any and all actions heretofore taken by the officers or directors of the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company.

The undersigned direct that, upon signing, this consent be filed with the minutes of the proceedings of the Board of the Company.

Dated: May 17, 2024

_____
Name:  Johnny Lu
Its:  _____

272133